Ryan A. Loosvelt (SBN 8550)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: 702 868 2600
Facsimile: 702 385 6862
E-mail: rloosvelt@duanemorris.com

Attorneys for Defendant U.S. BANK

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL KIRK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, a National Association; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01675-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

The Parties, Plaintiff ISABEL KIRK, and Defendant U.S. BANK, by and through their attorneys of record, hereby stipulate to dismiss this case in its entirety, with prejudice, and each party to bear their own fees and costs. In light of the dismissal, the Settlement Conference scheduled for July 1, 2014 shall be vacated by this Order.

LEACH JOHNSON SONG & GRUCHOW                DUANE MORRIS LLP

By  /s/ Michael W. McKelleb                             By  /s/ Ryan A. Loosvelt
Michael W. McKelleb (SBN 12040)                    Ryan A. Loosvelt (SBN 8550)
Attorneys for Plaintiff ISABEL KIRK                  Attorneys for Defendant U.S. BANK

**IT IS SO ORDERED.**

**DATED** this 4th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court